IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Maria L. Martinez,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 12-1062-CV-W-JTM |
| | ) |
| **Rite Made Onsite,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

It is **ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

          */s/ John T. Maughmer*
          **John T. Maughmer**
          **United States Magistrate Judge**